

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00035-CV

Robert **MEDINA** and Christina **MEDINA**,
Appellants

v.

Timothy K. **BOWERS**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11752
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and judgment is RENDERED that the appellants have an easement by necessity over the appellee's property to access Gardner Road. The cause is REMANDED to the trial court to reconsider the issue of attorney's fees.

We order that appellants, Robert Medina and Christina Medina, recover their costs of appeal, if any, from appellee, Timothy K. Bowers.

SIGNED December 27, 2018.

_____
Marialyn Barnard, Justice